IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JULIE FOX                                                                                       PLAINTIFF

Case Number: **1:05CV00021GH**

INDEPENDENCE COUNTY, ET AL.
DEFENDANTS

## ORDER

On motion of plaintiff, without objection and for good cause shown, plaintiff shall have until February 17, 2006 to file her response to the motion for summary judgment.

IT IS SO ORDERED this 6th day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE